UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-60091-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS E. SEWELL,

    Defendant.
_____/

## ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement and Acknowledgment Form. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order entered herein, shall be paid according to the agreed schedule.

DONE AND ORDERED in Ft. Lauderdale, Florida, this 22nd day of May 2009.

                                                _____
                                                JAMES I. COHN
                                                UNITED STATES DISTRICT JUDGE

cc:    Elizabeth Ruf Stein, AUSA
       Thomas E. Sewell, Defendant
       Michael Parrish, USPO SDFL