## Declaration Regarding Missing Check(s)



Name/Address:  TOM SCHMITT
929 N ASTOR ST #1008
MILWAUKEE, WI 53202

**RECEIVED**
OCT 3 1 2014
U.S. PROBATION OFFICE
MIAMI, FL

FILED by ___ D.C.
NOV 3 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**Check Number:** 01257087
**Amount:** $404.30
**Check Date:** 06/30/2014
**Case #:** 0:04-CR-060091

1. Tom Schmitt <u>has not</u> received U. S. District Court Check # 01257087 in the amount of $ 404.30.

2. If Tom Schmitt, does receive the above mentioned check(s), Tom Schmitt will immediately notify The U. S. District Court, Southern District of Florida.

3. If Tom Schmitt receives the above-mentioned check(s), Tom Schmitt will not negotiate the check(s). If Tom Schmitt receives or locates the above-mentioned check(s) it will be immediately returned to:
   United States District Court
   Southern District of Florida
   Financial Section – 8th Floor
   400 North Miami Avenue
   Miami, FL  33128
   (305) 523-5050

4. Tom Schmitt agrees to fully cooperate with the U.S. District Court and Treasury if the above-mentioned check(s) is subsequently negotiated by someone other than Tom Schmitt. This includes completion of any claim forms required by the United States Treasury.

The above information is correct and true.

By:
Signature: _/s/_
Name: Tom Schmitt
Date: 10/27/14

Schmitt
45971 N. Ashley
#1008
Mil. Wi. 53202

[Postmark: OCT 28 2014]
RECEIVED
USMS INSPECTED

United States District Court
400 North Miami Ave.
Miami, FL.

Attention:
Steven Larimore
Court Administrator
Clerk of Court
305-523-5100

33128-7788